THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leon Julius Broadwater, Appellant.
 
 
 

Appeal From Aiken County 
 Diane Schafer Goodstein, Circuit Court
 Judge

Unpublished Opinion No.  2007-UP-322
 Submitted June 1, 2007  Filed June 15,
 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 J. Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Leon Broadwater appeals the
 circuit courts decision to revoke his probation.  Broadwater argues he made
 every effort to comply with the terms of his probation, and failed to report to
 his probation officer because of job commitments.  
After a thorough review of the record, counsels brief, and
 appellants pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED. [1]  
STILWELL,
 SHORT, and WILLIAMS, JJ., concur.
 

[1] We decide this case without oral arguments pursuant
 to Rule 215, SCACR.